UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

EMILIO PINERO,
    Plaintiff,
vs.

CLL HOLDINGS, LLC and SE7EN 23 LLC d/b/a MIAMI SQUEEZE,
    Defendant(s).

Case No: 23-cv-24031-CMA

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, EMILIO PINERO, by and through undersigned counsel, hereby dismisses this matter without prejudice against the Defendants, CLL HOLDINGS, LLC and SE7EN 23 LLC d/b/a MIAMI SQUEEZE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

    Respectfully Submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
    *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
561.573.2106
GGoldstein@G2Legal.net

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
    *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
(561) 571-0646
WassenbergL@gmail.com